## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
_ALEXANDRIA_ **Division**

Owen S.
_____
Plaintiff(s)

)
)
)
)
v.                                                    )          Case No. _1:13-CV-1580_
                                                      )
Fairfax County School Board                           )
_____                                       )
Defendant(s)                                           )

### REDACTION REQUEST

**File with the Court and submit this _Redaction Request_ directly to the court reporter.**
The Redaction Policy requires redaction of only the following personal identifiers from the transcripts made electronically available:

- Social Security numbers to the last four digits (SSN),
- Financial account numbers to the last four digits (FAN),
- Dates of birth to the year (DOB),
- Names of minor children to the initials (NMC), and
- Home addresses to the city and state (HA).

It is requested in accordance with the policy, the following information be redacted before the transcript is made remotely electronically available:

| Date of Hearing or Trial | Page | Line | Identifier (Example: SSN) | Redaction Requested (Example: xxx-xx-5566) |
|---|---|---|---|---|
| 8/22/14 | 1 | 3 | NMC | O.S. |
| " | 2 | 2 | " | " |
| " | 4 | 16 | " | " |

The undersigned understands that only the personal identifiers listed above are subject to redaction via this form.

Date:  11-4-14

_Caitlin C. McAndrew_
Signature block

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_ALEXANDRIA_____ Division

_Owen S._____

Plaintiff(s)

v.

_FairFax County School Board_

Defendant(s)

Case No. _1:13 - CV - 1580_

REDACTION REQUEST (Cont.)

| Date of Hearing or Trial | Page | Line | Identifier (Example: SSN) | Redaction Requested (Example: xxx-xx-5566) |
|---|---|---|---|---|
| 8/22/14 | 4 | 19 | NMC | O.S. |
| " | 4 | 25 | " | " |
| " | 5 | 6 | " | " |
| " | 5 | 13 | " | " |
| " | 5 | 18 | " | " |
| " | 5 | 22 | " | " |
| " | 6 | 1 | " | " |
| " | 7 | 5 | " | " |
| " | 7 | 14 | " | " |
| " | 7 | 15 | " | " |

Date: 11-4-14

Caitlen E. McAndrew
Signature block

Page 2

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
_____ALEXANDRIA_____ Division

OWEN S.
Plaintiff(s)

v.

FAIRFAX COUNTY SCHOOL BOARD
Defendant(s)

Case No. 1:13 - CV - 1580

## REDACTION REQUEST (Cont.)

| Date of Hearing or Trial | Page | Line | Identifier (Example: SSN) | Redaction Requested (Example: xxx-xx-5566) |
|---|---|---|---|---|
| 8/22/14 | 7 | 18 | NMC | O.S. |
| " | 8 | 8 | " | " |
| " | 8 | 12 | " | " |
| " | 8 | 17 | " | " |
| " | 8 | 18 | " | " |
| " | 9 | 4 | " | " |
| " | 9 | 9 | " | " |
| " | 9 | 15 | " | " |
| " | 9 | 19 | " | " |
| " | 9 | 20 | " | " |

Date: 11-4-14

_____ Cutler E. McAndrew
Signature block

Page 2

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
_____ALEXANDRIA_____ Division

_____OWEN S._____
Plaintiff(s)

)
)
)
)
v.                                              )        Case No. _1:13 - cv-1580_
                                                )
_FAIRFAX County School Board_     )
Defendant(s)                                    )
                                                )

### REDACTION REQUEST (Cont.)

| Date of Hearing or Trial | Page | Line | Identifier (Example: SSN) | Redaction Requested (Example: xxx-xx-5566) |
|---|---|---|---|---|
| 8/22/14 | 10 | 9 | N M C | O. S. |
| " | 10 | 11 | " | " |
| " | 10 | 14 | " | " |
| " | 18 | 7 | " | " |
| " | 19 | 9 | " | " |
| " | 19 | 13 | " | " |
| " | 20 | 7 (2x) | " | " |
| " | 20 | 11 | " | " |
| " | 20 | 19 | " | " |
| " | 21 | 23 | " | " |

Date:   11-4-14

_Caitlin E. McAndem_
Signature block

Page 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_ALEXANDRIA_ Division

Owen S.
Plaintiff(s)

v.

Fairfax County School Board
Defendant(s)

Case No. _1:13 -CV- 1580_

## REDACTION REQUEST (Cont.)

| Date of Hearing or Trial | Page | Line | Identifier (Example: SSN) | Redaction Requested (Example: xxx-xx-5566) |
|---|---|---|---|---|
| 8/22/14 | 22 | 1 | NMO | O.S. |
| " | 24 | 22 | " | " |
| " | 25 | 18 | " | " |
| " | 25 | 24 | " | " |
| " | 28 | 12 | " | " |
| " | 28 | 16 | " | " |
| " | 28 | 21 | " | " |
| " | 28 | 22 | " | " |
| " | 29 | 22 | " | " |
| " | 30 | 2 | " | " |

Date:  11-4-14

Caitlin E. McAndrew
Signature block

Page 2

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
_ALEXANDRIA_____ **Division**

OWEN S._____
Plaintiff(s)

v.

FAIRFAX COUNTY School BOARD
Defendant(s)

Case No. 1:13-CV-1580

### REDACTION REQUEST (Cont.)

| Date of Hearing or Trial | Page | Line | Identifier (Example: SSN) | Redaction Requested (Example: xxx-xx-5566) |
|---|---|---|---|---|
| 8/22/14 | 30 | 5 | NMC | O.S. |
| " | 30 | 12 | " | " |
| " | 30 | 13 | " | " |
| " | 30 | 17 | " | " |
| " | 30 | 18 | " | " |
| " | 31 | 3 | " | " |
| " | 31 | 6 | " | " |
| " | 31 | 10 | " | " |
| " | 31 | 16 | " | " |
| " | 31 | 17 | " | " |

Date:   11-4-14

_Caitlin E. McCardLin_
Signature block

Page 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_ALEXANDRIA_____ Division

_Owen S._____
Plaintiff(s)

v.

_Fairfax County School Board___
Defendant(s)

Case No. _1:13 - CV - 1580_

### REDACTION REQUEST (Cont.)

| Date of Hearing or Trial | Page | Line | Identifier (Example: SSN) | Redaction Requested (Example: xxx-xx-5566) |
|---|---|---|---|---|
| 8/22/14 | 31 | 24 | NMC | O.S. |
| " | 31 | 25 | " | " |
| " | 32 | 1 | " | " |
| " | 32 | 12 | " | " |
| " | 32 | 19 | " | " |
| " | 32 | 21 | " | " |
| " | 33 | 2 | " | " |
| " | 33 | 3 | " | " |
| " | 33 | 4 | " | " |
| " | 33 | 8 | " | " |

Date: 11-4-14

_Caitlin C. McAndrews_
Signature block

Page 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_ALEXANDRIA_ Division

_Owen S._

Plaintiff(s)

v.

_Fairfax County School Board_

Defendant(s)

Case No. _1:13 - CV - 1580_

## REDACTION REQUEST (Cont.)

| Date of Hearing or Trial | Page | Line | Identifier (Example: SSN) | Redaction Requested (Example: xxx-xx-5566) |
|---|---|---|---|---|
| 8/22/14 | 33 | 13 | N M C | O.S. |
| '' | 33 | 24 | '' | '' |
| '' | 34 | 4 | '' | '' |
| '' | 34 | 6 | '' | '' |
| '' | 34 | 7 | '' | '' |
| '' | 34 | 9 | '' | '' |
| '' | 34 | 11 | '' | '' |
| '' | 34 | 12 | '' | '' |
| '' | 34 | 22 | '' | '' |
| '' | 35 | 1 | '' | '' |

Date:   11-4-14

_Caitlyn C. McArdur_
Signature block

Page 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_ALEXANDRIA_ Division

_OWEN S._
Plaintiff(s)

v.

_FAIRFAX COUNTY SchooL Board_
Defendant(s)

Case No. _1 . 13 - CV - 1580_

## REDACTION REQUEST (Cont.)

| Date of Hearing or Trial | Page | Line | Identifier (Example: SSN) | Redaction Requested (Example: xxx-xx-5566) |
|---|---|---|---|---|
| 8/22/14 | 35 | 12 | NMC | D.S. |
| '' | 35 | 14 | '' | '' |
| '' | 35 | 16 | '' | '' |
| '' | 35 | 19 | '' | '' |
| '' | 36 | 4 | '' | '' |
| '' | 36 | 6 | '' | '' |
| '' | 36 | 14 | '' | '' |
| '' | 37 | 1 | '' | '' |
| '' | 37 | 7 | '' | '' |
| '' | 37 | 12 | '' | '' |

Date:   11-4-14

_Caitlin C. McAnders_
Signature block

Page 2

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### ___ALEXANDRIA___ Division

___Owen S___

Plaintiff(s)

v.

___FAIRFAX COUNTY SCHOOL BOARD___

Defendant(s)

Case No. ___1:13 -CV-1580___

## REDACTION REQUEST (Cont.)

| Date of Hearing or Trial | Page | Line | Identifier (Example: SSN) | Redaction Requested (Example: xxx-xx-5566) |
|---|---|---|---|---|
| 8/22/14 | 38 | 15 | NMC | O.S. |
| " | 38 | 16 | " | " |
| " | 38 | 18 | " | " |
| " | 38 | 23(2x) | " | " |
| " | 39 | 1 | " | " |
| " | 39 | 3 | " | " |
| " | 39 | 6 | " | " |
| " | 39 | 7 | " | " |
| " | 39 | 10 | " | " |
| " | 39 | 11 | " | " |

Date: ___11-4-14___

___Caitlin E. McAnder___
Signature block

Page 2

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
_ALEXANDRIA_____ Division

_Owen S._____
Plaintiff(s)

v.

_Fairfax County School Board_
Defendant(s)

Case No. _1:13 - CV -1580_

**REDACTION REQUEST (Cont.)**

| Date of Hearing or Trial | Page | Line | Identifier (Example: SSN) | Redaction Requested (Example: xxx-xx-5566) |
|---|---|---|---|---|
| 8/22/14 | 39 | 16 | NMC | O.S |
| " | 39 | 17 | " | " |
| " | 39 | 22 | " | " |
| " | 46 | 9 | " | " |
| " | 49 | 25 (2x) | " | " |
| " | 52 | 3 | " | " |
| " | 52 | 10 | " | " |
| " | 52 | 14 | " | " |
| " | 52 | 18 | " | " |
| " | 52 | 20 | " | " |

Date: 11-4-14

_Caitlin E. McCardur_
Signature block

Page 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA _____ Division

Owen S. _____
Plaintiff(s)

)
)
)
)
)
v.                                    )      Case No. 1:13-CV-1580
                                      )
Fairfax County School Board          )
Defendant(s)                         )
                                      )

**REDACTION REQUEST (Cont.)**

| Date of Hearing or Trial | Page | Line | Identifier (Example: SSN) | Redaction Requested (Example: xxx-xx-5566) |
|---|---|---|---|---|
| 8/22/14 | 52 | 25 | NMC | O.S. |
| " | 53 | 4 | " | " |
| " | 53 | 5 | " | " |
| " | 53 | 7 | " | " |
| " | 53 | 14 | " | " |
| " | 53 | 22 | " | " |
| " | 54 | 2 | " | " |
| " | 54 | 3 | " | " |
| " | 54 | 4 | " | " |
| " | 54 | 6 (2x) | " | " |

Date:  11-4-14

Caitlin E. McAnduw
Signature block

Page 2

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
_ALEXANDRIA_ Division

Owen S.
_____
Plaintiff(s)

v.

Fairfax County School Board
_____
Defendant(s)

Case No. 1:13-CV-1580

## REDACTION REQUEST (Cont.)

| Date of Hearing or Trial | Page | Line | Identifier (Example: SSN) | Redaction Requested (Example: xxx-xx-5566) |
|---|---|---|---|---|
| 8/22/14 | 54 | 13 | NMC | O.S. |
| " | 54 | 21 | " | " |
| " | 54 | 23 | " | " |
| " | 55 | 2 | " | " |
| " | 55 | 3 | " | " |
| " | 55 | 6 | " | " |
| " | 55 | 11 | " | " |
| " | 55 | 21 | " | " |
| " | 55 | 23 | " | " |
| " | 56 | 2 | " | " |

Date: 11-4-14

Caitlin E. McAndrew
Signature block

Page 2

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
_ALEXANDRIA_ Division

_OWEN S._ )
Plaintiff(s) )
)
)
v. )
 ) Case No. _1:13-CV-1580_
_FAIRFAX County School Board_ )
Defendant(s) )
)

## REDACTION REQUEST (Cont.)

| Date of Hearing or Trial | Page | Line | Identifier (Example: SSN) | Redaction Requested (Example: xxx-xx-5566) |
|---|---|---|---|---|
| 8/22/14 | 56 | 3 | NMC | O.S. |
| " | 56 | 8 | " | " |
| " | 56 | 9 | " | " |
| " | 56 | 11 | " | " |
| " | 56 | 13 | " | " |
| " | 56 | 21 | " | " |
| " | 57 | 1 | " | " |
| " | 57 | 4 | " | " |
| " | 57 | 6 | " | " |
| " | 57 | 8 | " | " |

Date:   11-4-14

_Caitlin E. McAnDrus_
Signature block

Page 2

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
_ALEXANDRIA_ Division

OWEN S.
Plaintiff(s)

v.                                    Case No. _1:13-CV-1580_

FAIRFAX COUNTY School BOARD
Defendant(s)

**REDACTION REQUEST (Cont.)**

| Date of Hearing or Trial | Page | Line | Identifier (Example: SSN) | Redaction Requested (Example: xxx-xx-5566) |
|---|---|---|---|---|
| 8/22/14 | 57 | 12 | NMC | O.S. |
| " | 57 | 18 | " | " |
| " | 57 | 19 | " | " |
| " | 57 | 24 | " | " |
| " | 58 | 4 | " | " |
| " | 58 | 5 | " | " |
| " | 58 | 7 | " | " |
| " | 58 | 11 | " | " |
| " | 58 | 18 | " | " |
| " | 58 | 20 | " | " |

Date: 11-4-14

_Caitlin E. McArdurs_
Signature block

Page 2

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
_ALEXANDRIA_ Division

_OWEN S._
Plaintiff(s)

)
)
)
)
v.                                )        Case No. _1:13-CV-1580_
)
_FAIRFAX County School Board_ )
Defendant(s)                      )

**REDACTION REQUEST (Cont.)**

| Date of Hearing or Trial | Page | Line | Identifier (Example: SSN) | Redaction Requested (Example: xxx-xx-5566) |
|---|---|---|---|---|
| 8/22/14 | 58 | 23 | NMC | O.S. |
| " | 58 | 25 | " | " |
| " | 59 | 25 | " | " |
| " | 60 | 6 | " | " |
| " | 60 | 7 | " | " |
| " | 60 | 8 | " | " |
| " | 60 | 11 (2x) | " | " |
| " | 60 | 13 | " | " |
| " | 60 | 14 | " | " |
| " | 60 | 17 | " | " |

Date:   11-4-14

_Caitlin E. McArdur_
Signature block

Page 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA Division

Owen S.
_____
Plaintiff(s)

v.

FAIRFAX County School Board
Defendant(s)

Case No. 1:13-CV-1580

## REDACTION REQUEST (Cont.)

| Date of Hearing or Trial | Page | Line | Identifier (Example: SSN) | Redaction Requested (Example: xxx-xx-5566) |
|---|---|---|---|---|
| 8/22/14 | 60 | 19 (2x) | NMC | O.S. |
| " | 60 | 22 | " | " |
| " | 60 | 23 | " | " |
| " | 60 | 25 | " | " |
| " | 61 | 7 | " | " |
| " | 61 | 10 | " | " |
| " | 61 | 11 | " | " |
| " | 61 | 13 | " | " |
| " | 61 | 15 | " | " |
| " | 61 | 19 | " | " |

Date:   11-4-14

Carter E. McAuslen
Signature block

Page 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_ALEXANDRIA_ Division

Owen S.
_____
Plaintiff(s)

)
)
)
)
)
)

v.

FAIRFAX County School Board
_____
Defendant(s)

)
)
)
)

Case No. _1:13-CV-1580_

## REDACTION REQUEST (Cont.)

| Date of Hearing or Trial | Page | Line | Identifier (Example: SSN) | Redaction Requested (Example: xxx-xx-5566) |
|---|---|---|---|---|
| 8/22/14 | 61 | 23 (2x) | NMC | O.S. |
| " | 61 | 24 | " | " |
| " | 62 | 1 | " | " |
| " | 62 | 3 | " | " |
| " | 62 | 6 | " | " |
| " | 62 | 9 | " | " |
| " | 62 | 10 | " | " |
| " | 62 | 12 | " | " |
| " | 62 | 15 | " | " |
| " | 62 | 19 | " | " |

Date: 11-4-14

Carter C. McCandu
Signature block

Page 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
__ALEXANDRIA__ Division

Owen S.
_____
Plaintiff(s)

)
)
)
)
v.                                                    )     Case No. 1:13-CV-1580
                                                      )
FairFax County School Board          )
_____               )
Defendant(s)                                   )

## REDACTION REQUEST (Cont.)

| Date of Hearing or Trial | Page | Line | Identifier (Example: SSN) | Redaction Requested (Example: xxx-xx-5566) |
|---|---|---|---|---|
| 8/22/14 | 62 | 22 | NMC | O.S. |
| " | 63 | 8 | " | " |
| " | 64 | 9 | " | " |
| " | 64 | 12 | " | " |
| " | 64 | 14 | " | " |
| " | 64 | 18 | " | " |
| " | 64 | 19 | " | " |
| " | 65 | 1 | " | " |
| " | 65 | 3 | " | " |
| " | 65 | 5 | " | " |

Date:   11-4-14

_Cutler E. McAndru_
Signature block

Page 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_ALEXANDRIA_____ Division

ONEW S.
Plaintiff(s)

)
)
)
)
v.                                                      )       Case No. _1:13-CV-1580_
)
FAIRFAX COUNTY School BOARD          )
Defendant(s)                                     )
)

## REDACTION REQUEST (Cont.)

| Date of Hearing or Trial | Page | Line | Identifier (Example: SSN) | Redaction Requested (Example: xxx-xx-5566) |
|---|---|---|---|---|
| 8/22/14 | 65 | 9 | NMC | O.S. |
| " | 65 | 21 | " | " |
| " | 65 | 25 | " | " |
| " | 66 | 1 | " | " |
| " | 66 | 4 | " | " |
| " | 66 | 16 | " | " |
| " | 66 | 23 | " | " |
| " | 67 | 4 | " | " |
| " | 67 | 7 | " | " |
| " | 67 | 9 | " | " |

Date:  11-4-14

Caitlyn E. Meredith
Signature block

Page 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_ALEXANDRIA_ Division

OWEN S.
_____

Plaintiff(s)

)
)
)
)
)

v.

)

Case No. 1:13-CV-1580

FAIRFAX COUNTY School BOARD
Defendant(s)

)
)
)

## REDACTION REQUEST (Cont.)

| Date of Hearing or Trial | Page | Line | Identifier (Example: SSN) | Redaction Requested (Example: xxx-xx-5566) |
|---|---|---|---|---|
| 8/22/14 | 67 | 12 | NMC | O.S. |
| " | 67 | 13 | " | " |
| " | 67 | 22 | " | " |
| " | 69 | 8 | " | " |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Date: 11-4-14

Caitlin E. McArdur
Signature block

## Certificate of Service

I hereby certify that a copy of the foregoing Redaction Request was served upon the

following persons in the manner indicated below, which service satisfies the requirements of the

Federal Rules of Civil Procedure:

### VIA FIRST CLASS MAIL

John F. Cafferky, Esquire
Patricia Amberly Minson
Blankingship & Keith, P.C.
4020 University Drive, Suite 300
Fairfax, Virginia 22030

Michael A. Rodriquez
Court Reporter
401 Courthouse Square
Alexandria, VA 22314


Caitlin E. McAndrews, Esquire

Dated:          November 4, 2014